UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JORGE GARCIA ARCHER,

                Petitioner,

vs.

PAMELA BONDI, *et al.*,

                Respondents.

Case No.: 2:26-cv-00516-GMN-DJA

**ORDER**

       The Court ordered Petitioner Jorge Garcia Archer to notify the Court if this action was duplicative of another pending action before the Court, Case No. 2:26-cv-00457-GMN-NJK. (*See* Minute Order, ECF No. 9 in Case No. 2:26-cv-00457-GMN-NJK). Petitioner's counsel states that she reviewed the documents filed in case numbers 2:26-cv-00457-GMN-NJK and 2:26-cv-00516-GMN-DJA. (*See* Notice of Duplicate Action, ECF No. 10 in Case No. 2:26-cv-00457-GMN-NJK). She informs the Court that the same documents were filed in both cases; therefore, case number 2:26-cv-00516-GMN-DJA can be dismissed without prejudice as a duplicate action. (*Id.*).

       Accordingly,

       **IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice as a duplicate action.

       The Clerk of Court is kindly directed to close the case.

       Dated this __5__ day of March, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court